Long v. Smith.

MONKS, C. J.—This was a proceeding to establish a drain extending into three counties, under the provisions of §§5677-5680 Burns 1901, 4308-4311 R. S. 1881, and Horner 1897. Appellant seeks a reversal of the judgment of the court below against him on the ground that the petition was not signed by any person owning land liable to be assessed for the construction of said drain in one of the counties into which the same extends.

The court below, after hearing the evidence on this question, found against appellant. We have carefully examined the evidence and find that the same sustains the finding of the court. Judgment affirmed.

---

## LEEDS ET AL. v. DEFREES.

[No, 19,573. Filed November 19, 1901.]

From Laporte Superior Court; H. B. Tuthill. Judge.

Action by Calvert H. Defrees against Amelia Leeds and others to enforce lien for street improvements. From a judgment for plaintiff, defendants appeal. Affirmed.

J. F. Gallaher and C. W. Smith, for appellants.

M. T. Kreuger, C. R. Collins and J. B. Collins, for appellee.

JORDAN, J.—Appellees successfully prosecuted this action in the lower court to foreclose a lien arising out of an assessment for the improvement of a public street in Michigan City.

The identical questions are involved as were presented and decided by this court in Leeds v. Defrees, ante, 392, and on the authority of that case these questions must be decided adversely to the contentions of appellants. The judgment is, therefore, in all things affirmed.

---

## LONG ET AL. v. SMITH.

[No. 19,603. Filed November 20, 1901.]

From Marion Superior Court; J. M. Leathers, Judge.

Action by William C. Smith against Robert W. Long and others to enforce lien for street improvements. From a judgment for plaintiff, defendants appeal. Affirmed.

S. N. Chambers, S. O. Pickens, C. W. Moores and R. F. Davidson, for appellants.

HADLEY, J.—The record in this case presents only the identical questions decided at this term in Shank v. Smith, ante, 401, and upon the authority of that case the judgment in this case is affirmed.